UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PABLO TERRONES RONDONA,

      Petitioner,          ORDER

   -against-             21-CV-4533

CINTHIS MILAGROS TANAKA SANCHEZ,

      Respondent.

------------------------------------------------------------x

Seibel, J.

   The attached email was received by my courtroom deputy today.

   Respondent is advised that, absent extraordinary circumstances, all communications to the Court must also be sent to counsel for Petitioner by the same means and at the same time.

   Respondent is further advised that she may not email chambers. The chambers email box is only for copies of documents filed on the Court's Electronic Case Filing system. Communications with the Court must be by letter or by formal pleading or motion, and unrepresented parties such as Respondent may deliver them to the Courthouse, send them by postal mail, or email them to Temporary_Pro_Se_Filing@nysd.uscourts.gov. More information is available on the Pro Se section of the Court's website.

   Petitioner's counsel is advised that the Court was contacted by a Todd Sharrin, Esq., who was out of town but considering taking Respondent's case *pro bono*. He stated that he would not be able to speak to Respondent and file anything until June 2 at the earliest. The Court extends to June 3, 2021 the deadline for Respondent to: 1) answer the Petition; 2) comply with my Order of May 27, 2021 (Doc. 15); and 3) comply with my Order of May 28, 2021 (Doc. 21).

Respondent is advised that if she does not have counsel who can handle the above responsibilities by June 3, she will have to comply with those requirements herself.

Respondent is also encouraged to sign up to receive electronic notifications from the Court. Information and the necessary form are available on the Court's website. In the meantime, my courtroom deputy will email this Order to Respondent.

SO ORDERED.

Dated: June 1, 2021
       White Plains, New York

                                              _____
                                              CATHY SEIBEL, U.S.D.J.



**From:**
**Sent:**
**To:**
**Cc:**
**Subject:**  FW: Response to the Letter dated May 28, 2021 from opposing Counsel

---

**From:** cinthia milagros tanaka sanchez <ctanaka83@gmail.com>
**Sent:** Tuesday, June 1, 2021 3:10 PM
**To:** chambersnysdseibel@nysd.uscourts.gob; Walter Clark <Walter_Clark@nysd.uscourts.gov>
**Subject:** Response to the Letter dated May 28, 2021 from opposing Counsel

**CAUTION - EXTERNAL:**

Your Honor:

First and foremost, I want to apologize for the delay in my responses and what may seem to be neglect in this procedure. However, it is a lack of understanding, a language barrier, and not having counsel.

I was able to find a person to dictate this e-mail in English and I want to notify the Court that I have an appointment with an Attorney tomorrow in hopes to retain them to represent me on this matter.

I have requested from the Attorney in Peru Certified copies from the Court in Peru for this Court to review and confirm that the documents previously submitted are finalized decisions from a Judge in Peru and not merely petitions waiting to be filed in a Court in Peru. Procedures in Peru are different and do not have signatures on the document but the docket number and court reference. However, I expressed your Court's concern and requested a seal from the Court or certification to validate the document. I am not sure if we will be able to obtain everything by June 11, 2021 but if we need time I am hopeful that we will be able to request some time to get all the documents requested.

Further, in response to the change of address, the reason for my move is because I am getting married and I currently live with my fiancee. For purposes of maintaining my daughter's school and after-school programs, which have always been in Connecticut since she started school in the US. She has not been moved from her activities or uprooted from her school, which all are located in Connecticut. I am unable to move back to where I was residing and it is not conducive to continuing to provide consistency and stability to my daughter as I maintain her school and activities in the same state. The move or surrendering of the address was merely a formality since we spent the majority of our time in Stamford in my Finance's home.

I want to confirm receipt of the Court's communication and notification that I shall not move my daughter again. This move is permanent. If another move has to be made, it will not take place without previous notification and approval from/to your Court.

Once again, I profusely apologize for any misunderstanding thus far and hope to move forward in a smooth manner in order to sort out this misunderstanding.

Sincerely,

Cinthia

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.